**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HARDIGREE,<br><br>             Plaintiff,<br><br>    v.<br><br>THE GAP, INC.<br><br>             Defendant. | CASE NO.: 17-cv-3840-MMC<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

1 | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

2 |     TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Julie Hardigree, though her counsel of record, hereby gives notice that the above captioned action is voluntarily dismissed in its entirety, without prejudice against Defendant The GAP, Inc.

Dated:  August 28, 2017          By:     s/ *Ronald A. Marron*
                                              **LAW OFFICES OF RONALD A. MARRON**
                                              Ronald A. Marron
                                              651 Arroyo Drive
                                              San Diego, California 92103
                                              Telephone: (619) 696-9006
                                              Facsimile: (619) 564-6665

                                              *Attorney for Plaintiff*